RICHARD, Respondent, v. MATHEWS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Louis Richard against Gustave X. Mathews. No opinion. Judgment and order affirmed, with costs.

RICHARDSON, Appellant, v. BOSTOCK, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Anna Richardson against Frank C. Bostock. No opinion. Judgment affirmed on argument, with costs.

In re RICHARDSON'S ESTATE. (Supreme Court, Appellate Division, First Department. April 8, 1909.) In the matter of the estate of Emma J. Richardson, deceased. No opinion. Judgment affirmed, with costs. Order filed.

RINDSKOPF, Respondent, v. GRITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry P. Rindskopf against David Gritz and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

RITCHEY, Appellant, v. PAKAS, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Daniel P. Ritchey against Solomon L. Pakas. No opinion. Order setting aside verdict and granting new trial unanimously affirmed on argument, with costs.

In re ROBBINS et al. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) In the matter of the application of Clarence H. Robbins and others, executors, and trustees, etc., to have determined an attorney's lien, etc., with Clarence C. Ferris as lienor. No opinion. Order (61 Misc. Rep. 114, 112 N. Y. Supp. 1032) affirmed, with $10 costs and disbursements.

ROCKLAND LAKE TRAP ROCK CO., Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Rockland Lake Trap Rock Company against the New York, New Haven & Hartford Railroad Company and another. No opinion. Judgment affirmed, with costs.

ROCKMORE, Respondent, v. DENIKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Abraham Rockmore against Mary T. Denike and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

RODZBORSKI, Respondent, v. AMERICAN SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by John Rodzborski against the American Sugar Refining Company. No opinion. Motion denied, without costs.

In re ROELKER. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) In the matter of the application of Alfred Roelker, Jr., for license and permission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

ROLLSON, Appellant, v. PECK, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Maggie Rollson against Harriet R. Peck.
PER CURIAM. Judgment and order affirmed, with costs.
KELLOGG, J., dissents.

ROSENBERG, Respondent, v. STUTZBACH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Charles Rosenberg against Otto Stutzbach and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSENBLATT, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Albert Rosenblatt against the City of New York. S. Greenbaum, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RYAN, Appellant, v. FRANKLIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Thomas J. Ryan against William B. Franklin and others. H. C. Smyth, for appellant. G. G. Battle, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SALZ, Appellant, v. STERN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Frank Salz against David Stern and others. No opinion. Interlocutory judgment affirmed by default, with costs.

SATCHEL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Walter Satchel, an infant, etc., against the Brooklyn Heights Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
BURR, J., dissents.

SAUTER, Respondent, v. HERNANDEZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Karl Sauter against Walter Hernandez. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SCARSDALE PUB. CO.-THE COLONIAL PRESS v. COLLIER et al. (Supreme Court, Appellate Division, First Department. April 30,